January 19, 1978

M. P. No. 77-402. RAYMOND T. BURTON *v.* EUGENE P. PETIT, JR. The motion for stay is granted. *Aram K. Berberian,* for petitioner. *Stephen F. Mullen,* Chief Legal Counsel, Office of Special Counsel, for respondent.

M. P. No. 77-437. STATE *v.* REBECCA WILLIAMS. This case comes before us on a Rule 9 motion for release pending appeal. For that reason we do not review the action of the trial justice, but rather hear the motion *de novo.*

In this case the defendant is appealing from a denial of a motion to vacate her plea and her sentence. Her request in this case is in the nature of a request for bail pending post conviction relief. We have recently said that:

> "This court has never granted bail to an individual who has sought what for all intents and purposes is post conviction relief." *State* v. *Abbott and Freeman,* 117 R.I. 214, 220, 366 A.2d 1132, 1135 (1976).

Accordingly, the motion of the defendant for release on bail pending appeal is denied. *Julius C. Michaelson,* Attorney General, *Nancy Marks Rahmes,* Special Assistant Attorney General, *Alfred French Goldstein,* Special Assistant Attorney General, for plaintiff. *William G. Grande, Jr.,* for defendant.

C. A. No. 77-456. CHARLES FREITAS *v.* STATE. This case comes before us on a Rule 9 motion for release pending appeal. For that reason we do not review the action of the trial justice, but rather hear the motion *de novo.* The record supplied to us set forth the reasons for the trial justice's denial of bail pending appeal, and although his findings are not binding on us they are entitled to great weight if supported by competent evidence of probative force. See *Quattrocchi* v. *Langlois,* 100 R.I. 741, 219 A.2d 570 (1966). On examination of the record supplied by the parties, we find ourselves in agreement with the trial justice's finding that